[pic]
| |Court of Appeals | |
|JIM R. WRIGHT |Eleventh District of Texas |Sherry Williamson |
|CHIEF JUSTICE |100 WEST MAIN STREET, SUITE 300 |Clerk |
| |P. O. BOX 271 |TELE: 254/629-2638 |
|TERRY McCALL |EASTLAND, TEXAS 76448 |FAX: 254/629-2191 |
|JUSTICE | |sherry.williamson@txcourt|
| | |s.gov |
|MIKE WILLSON | |www.11thcoa.courts.state.|
|JUSTICE | |tx.us |

 February 7, 2013

|Charles Clay Warner Jr. | |
|#502362 | |
|French Robertson Unit | |
|12071 FM 3522 | |
|Abilene, TX 79601 | |
| | |
|Stefani R. Williams, Assistant | |
|Office of the Attorney General | |
|Law Enforcement Defense Division - | |
|012 | |
|P. O. Box 12548 | |
|Austin, TX 78711 | |
| | |
|Brooks Hagler, Judge | |
|259th District Court | |
|P. O. Box 429 | |
|Anson, TX 79501 | |

RE: Appellate Case Number: 11-13-00018-CV
 Trial Court Case Number: 021949 mandamus
Style: In re Charles Clay Warner

 The Court has this day DENIED Relator's pro se petition for writ of
mandamus in the above cause. We enclose a copy of our Court's judgment.

 Pursuant to Tex. R. App. P. 52.8(d), when the Court denies relief in
an original proceeding, the Court is not required to hand down a written
opinion.

 Respectfully yours,
 [pic]
 Sherry Williamson, Clerk

 |cc: |District Clerk - Jones County |
| |Dean Rucker, Administrative Judge |